[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-10297

_____

MOMS FOR LIBERTY - BREVARD COUNTY, FL,
AMY KNEESSY,
ASHLEY HALL,
KATIE DELANEY,
JOSEPH CHOLEWA,

Plaintiffs-Appellants,

*versus*

BREVARD PUBLIC SCHOOLS,
MISTY HAGGARD-BELFORD,
Chair, Brevard County School Board, in her official and
individual capacities,
MATT SUSIN,
Vice Chair, Brevard County School Board, in his official and
individual capacities,

CHERYL MCDOUGALL,
Member, Brevard County School Board, in her official and
individual capacities,
KATYE CAMPBELL,
Member, Brevard County School Board, in her official and
individual capacities, et al.,

Defendants-Appellees.

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:21-cv-01849-RBD-GJK

————————————

Before WILSON, JILL PRYOR, Circuit Judges, and RUIZ,[*] District
Judge.

PER CURIAM:

Plaintiffs-Appellants Moms for Liberty–Brevard County, FL
and four of its members challenged as unconstitutional the Public
Participation Policy utilized by Defendants-Appellees Brevard Public
Schools and the individual members of its school board.

_____

[*] Honorable Rodolfo A. Ruiz II, United States District Judge for the Southern
District of Florida, sitting by designation.

Appellants filed a Motion for Preliminary Injunction, which the district court denied. *See Moms for Liberty–Brevard Cnty., FL v. Brevard Pub. Schs.*, 582 F. Supp. 3d 1214, 1217 (M.D. Fla. 2022). Appellants timely appealed.

After review of the parties' briefs, and with the benefit of oral argument, we find no abuse of discretion in the district court's thorough, well-reasoned order. *See Schultz v. Alabama*, 42 F.4th 1298, 1311 (11th Cir. 2022) ("We review a district court's order granting or denying a preliminary injunction for abuse of discretion."). We therefore affirm the district court's order denying Appellants' Motion for Preliminary Injunction.

**AFFIRMED.**